DMB:DSS

**M10-1161**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

LAMAR CHASE,
    also known as "L Murda,"

        Defendant.

- - - - - - - - - - - - - - - - - -X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF
ARREST WARRANT

(21 U.S.C. § 841)

EASTERN DISTRICT OF NEW YORK, SS:

    GEORGE BOAN, being duly sworn, deposes and states that he is a Detective with the New York City Police Department ("NYPD"), currently assigned to the Organized Crime Drug Enforcement Administration Strike Force ("Strike Force"), duly appointed according to law and acting as such.

    Upon information and belief, on or about August 6, 2010, within the Eastern District of New York, the defendant LAMAR CHASE, also known as "L Murda," did knowingly and intentionally possess with intent to distribute one or more controlled substances, which offense involved a substance containing cocaine and cocaine base, Schedule II controlled substances.

    (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I have been a Detective with the NYPD for approximately 14 years. I have extensive experience investigating street gangs, violent crimes, narcotics trafficking, and other violations of state and federal law. My information in this case comes from a review of records maintained by the NYPD and by New York State Parole ("NYSP") and conversations with other law enforcement officers.

2. On or about September 14, 2009, LAMAR CHASE, also known as "L Murda," began serving a one year term of parole under the supervision of NYSP. CHASE previously completed an 18 month term of incarceration following convictions for, <u>inter alia</u>, criminal possession of a controlled substance in the fifth degree, in violation of New York Penal Law § 220.06(1).

3. On or about August 6, 2010, NYSP officers received information that CHASE was staying at the Victory Motor Inn motel in Staten Island, New York. At approximately 8:45 a.m. NYSP officers proceeded to the motel and confirmed with the desk clerk that CHASE had checked in the previous night and was staying in room 229.

---

[1] Because the purpose of this complaint is to provide probable cause to arrest, I have not described all of the relevant facts and circumstances regarding this investigation of which I am aware.

2

4. NYSP officers then entered room 229 with the assistance of a motel employee. Inside the room, NYSP officers found CHASE, along with a woman and a child. CHASE was in bed when the officers entered and was not wearing any pants.

5. NYSP officers then handcuffed CHASE because they believed him to be under the influence of controlled substances. NYSP officers noticed a pair of men's denim shorts on a chair next to the bed. Chase told the officers that the shorts belonged to his girlfriend.

6. An NYSP officer examined the shorts and felt an object in the front pocket. Thereafter, the NYSP officer removed a clear plastic bag containing 35 smaller bags of what appeared to be crack cocaine from the pocket. In a rear pocket of the shorts, the NYSP officer located a wallet containing several hundred dollars and an identification card bearing a photograph of CHASE. Thereafter, CHASE stated that the narcotics belonged to him.

7. The contents of the bags recovered from CHASE were subsequently tested by the NYPD narcotics laboratory and were determined to contain in excess of 3.5 grams of cocaine. A laboratory examination to determine whether the bags contain cocaine base has not yet been completed. However, based on the information I have received regarding the appearance of the narcotics and my extensive experience as a law enforcement

officer, I believe that the bags contain cocaine base. In addition, the amount and packaging of the narcotics is consistent with distribution as opposed to personal use.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued and the defendant LAMAR CHASE, also known as "L Murda," be dealt with according to law.

_____
GEORGE BOAN
Task Force Officer
Drug Enforcement Administration
Strike Force

Sworn to before me this
7th Day of October, 2010

```
₹
JDGE
₹K
```

4